EXHIBIT C

23. **Career Offender Provisions**: According to 4B1.1, the defendant is a career offender if (1) he was at least 18 years old at the time he/she committed the instant offense of conviction, (2) the instant offense of conviction is a felony that is either a crime of violence or a controlled substance offense, and (3) the defendant has at least two prior felony convictions of either a crime of violence or a controlled substance offense. In this case, the defendant was at least 18 years old at the time of the offense, the offense of Bank Robbery is defined as a crime of violence, and the defendant has the requisite prior convictions outlined hereafter in the presentence report as (P2/96-0142A), and (P2/92-3214A). Since he meets the guideline definition of a career offender, his offense level is established at 32, as the maximum statutory penalty in this case is 20 years. 32

24. **Adjustment for Acceptance of Responsibility**: -3

25. **Total Offense Level**: 29

## PART B. THE DEFENDANT'S CRIMINAL HISTORY

Juvenile Adjudications

26. The defendant offered that he has a juvenile record with the State of Rhode Island and recalled one prior conviction for possession of a stolen motor vehicle. The Probation Office requested to review the defendant's file from the Rhode Island Family Court, however, those records could not be located due to the age of the case. It should be noted, that based on the defendant's age, no juvenile convictions would be countable in his criminal history computation. Also, the defendant is already designated in the highest criminal history category as a result of his adult record and career offender status.

Adult Criminal Convictions

| | Date of Arrest | Charge/Agency | Date Sentence Imposed/Disposition | Guideline Score | |
|---|---|---|---|---|---|
| 27. | 03/18/77 (age 18) | Count 1: Possession of a Stolen Motor Vehicle, Providence Police Department | 06/06/79: 1 year suspended sentence with probation | 4A1.2(e) | 0 |

Due to the age of this offense, specific information as to the defendant's legal representation and the offense conduct was unavailable.

| | | | | | |
|---|---|---|---|---|---|
| 49. | 07/11/92 (age 33) | Count 1: Operating a Vehicle - Suspended License, Providence County Superior Court, Providence, Rhode Island (P3/92-2673A) | 10/22/92: Nolo and fined | 4A1.2(c) | 0 |

Court records show that the defendant was represented by retained counsel and that the offense occurred in Providence, Rhode Island.

| | | | | | |
|---|---|---|---|---|---|
| 50. | 08/18/92 (age 33) | Count 1: Driving on a Suspended License, Providence County Superior Court, Providence, Rhode Island (P3/92-2672A) | 10/22/92: Nolo and fined | 4A1.2(c) | 0 |

Court records show that the defendant was represented by retained counsel. The complaint states that the offense occurred on Smithfield Avenue, North Providence, Rhode Island.

| | | | | | |
|---|---|---|---|---|---|
| 51. | 09/01/92 (age 33) | Count 1: Manuf. and Delivery of Controlled Substance; Count 2: Poss. of Controlled Substance; Count 3: Operating Motor Vehicle without a License, Providence County Superior Court, Providence, Rhode Island (P2/92-3214A) | 10/22/92: Count 1: Nolo, 10 years suspended sentence with probation. Count 2: Nolo, 3 years suspended sentence with probation. Count 3: Dismissed under Rule 48A<br>Ten year Time Deadline Expired 10/22/2002 | 4A1.1(c) | 1 |

Court records show that the defendant was represented by retained counsel. The police report identifies the substance in Count 1, as heroin, and Count 2, as cocaine. Officers received information that the defendant was going to be making a drug delivery. His vehicle was stopped and a search revealed a small quantity of cocaine on the defendant's person and a narcotics sniffing dog uncovered 7 small packages on heroin hidden in the spare time, located in the trunk of the vehicle.

| | | | | | |
|---|---|---|---|---|---|
| 52. | 11/01/95 (age 36) | Count 1: Manufacture and Delivery of a Controlled Substance, Providence County Superior Court, Providence, Rhode Island (P2/96-0142A) | 01/16/96: Nolo, 5 years suspended sentence with 5 years probation | 4A1.1(c) | 1 |

Court records show that the defendant was represented by retained counsel, however, specific information as to the offense conduct was unavailable.

| | | | | | |
|---|---|---|---|---|---|
| 53. | 12/09/96 (age 37) | Count 1: Breaking and Entering with Intent to Commit Larceny, Providence County Superior Court, Providence, Rhode Island (P2/97-0382A) | 05/21/97: Nolo, 10 years full sentence, 5 months to serve, 115 months suspended with probation<br><br>01/04/05: Presented as a violator, remanded to ACI, **VIOLATION PENDING** | 4A1.1(b) | 2 |

Court records show that the defendant was represented by retained counsel. The criminal information charges the defendant with breaking and entering into the art / antique shop owned by Robert Castantio. The police responded to the scene and found the back door of the building preyed open. A check of the building revealed that several bronze pieces, art work, two Tiffany lamps, and several pieces of silver were missing. A witness identified the defendant as a suspect and a subsequent search of his apartment and vehicle resulted in many of the stolen items being located.

| | | | | | |
|---|---|---|---|---|---|
| 54. | 01/15/98 (age 38) | Count 1: Possession of a Controlled Substance Count 2: Possession of a Controlled Substance Providence County Superior Court, Providence, Rhode Island (P2/98-0928B) | 05/21/98: Count 1: Nolo, 6 years full sentence, 15 months term to serve, 57 months suspended with probation and fined. Count 2: Dismissed under Rule 48A | 4A1.1(a) | 3 |