IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Respondant, | § | |
| v. | § | CRIM NO. 05-cr-0050 |
| ROBERT RYAN, Petitioner. | § | |

PETITIONER'S SWORN AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF UNDER § 2255

COMES NOW ROBERT RYAN (petitioner) who hereby declares under the penalty of perjury that the following facts are true and correct:

1). The petitioner was guaranteed a sentence no greater than six years for his guilty plea, by Attorney Roy.

2). It was the petitioner's understanding that the District Court could not legally impose a sentence greater than six years as a result of the guilty plea, without giving him the option to withdraw the plea.

3). The petitioner swears that if he had known that he was going to receive a sentence greater than six years that he would not have plead guilty.

4). The petitioner told Attorney Fitzgerald that he wanted to file a motion to withdraw the guilty plea, prior to sentencing, if he thought the Court could legally impose a sentence greater than six years without giving the opportunity to withdraw the plea.

DECLARATION

I hereby declare under the penalty of perjury that all of the above listed facts are true and correct, and that I placed this document in the prison mailing system, postage pre-paid, on this 4 day of April 2007.

Respectfully,

Robert Ryan
Reg.No.03809-070