UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT RYAN )
)
v. ) C.A. No: 07-138S
)
UNITED STATES OF AMERICA )

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Dulce Donovan, Assistant United States Attorney and hereby moves that the time for filing a response to petitioner's § 2255 be enlarged up to and including June 7, 2007.

The United States' response is presently due on May 7, 2007. Counsel for the United States was served with petitioner's motion on April 20, 2005. In order to fully and accurately respond to the motion, certain transcripts and pleadings must be reviewed. Accordingly, the United States request an extension of thirty (30) days, to and including, June 7, 2007 to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

DULCE DONOVAN
Civil Chief
Assistant U.S. Attorney

**CERTIFICATION**

I hereby certify that on the 5th day of May, 2007 I caused a copy of the foregoing Motion for Extension of Time to be forwarded, by postage prepaid mail, to:

Robert Ryan
Reg. No. 03809-070
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720