UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ROBERT RYAN | ) | |
| | ) | |
| v. | ) | C.A. No: 07-138S |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**SECOND MOTION FOR ENLARGEMENT OF TIME**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Dulce Donovan, Assistant United States Attorney and hereby moves that the time for filing a response to petitioner's § 2255 be enlarged up to and including July 21, 2007.

The United States' response is presently due on June 7, 2007. Counsel for the United States was served with petitioner's motion on April 20, 2005. Counsel for the United States filed a Motion for Extension of Time on May 5, 2007, up to and including June 7, 2007. The Motion was granted on May 8, 2007. However, in order to fully and accurately respond to the motion, additional time is needed to review transcripts. Furthermore, undersigned counsel is preparing for a July trial date in Bradley v. England, C.A. No: 04-412ML before Chief Judge Lisi.

Accordingly, the United States requests a second extension of time, up to and including, July 21, 2007 to respond to petitioner's application.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

/s/ DULCE DONOVAN
DULCE DONOVAN
Civil Chief
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
dulce.donovan@usdoj.gov

**CERTIFICATION**

I hereby certify that on the 7th day of June, 2007 I caused a copy of the foregoing Second Motion for Extension of Time to be electronically filed with the Court and is available for downloading and viewing, and also forwarded, by postage prepaid mail, to:

Robert Ryan
Reg. No. 03809-070
USP Beaumont
P.O. Box 26030
Beaumont, TX 77720

/s/ DULCE DONOVAN
DULCE DONOVAN
Civil Chief
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
Tel: (401)709-5000
Fax: (401)709-5001
dulce.donovan@usdoj.gov