UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - X

ROBERT RYAN,
petitioner

v. C.A. No. 07-138

UNITED STATES OF AMERICA,
respondent

- - - - - - - - - - - - - - - - X

PETITIONER'S MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner, Robert Ryan, hereinafter ("petitioner"), pro se, who respectfully requests that this Court grant him a ninety (90) day enlargement of time to respond and traverse the Government's opposition to his 28 U.S.C. § 2255 motion. Petitioner files this motion pursuant to Federal Rules of Civil Procedure 6(b).

In support of this motion petitioner states the following:

Petitioner is a pro se federal inmate currently incarcerated at the United States Penitentiary in Beaumont, Texas. He filed his 28 U.S.C. § 2255 motion on April 4, 2007.

The Government responded with opposition on July 20, 2007, after being granted an enlargement of time by this Court.

The Government raises several complex legal arguments in opposition to petitioner's motion for habeas corpus.

Petitioner has no formal education. Nor does he have any training or experience in civil litigation.

Petitioner is limited in his access to the law library at U.S.P. Beaumont. There is limited legal research material available at the law library in U.S.P. Beaumont.

The Penitentiary is subject to institutional "lockdowns" and "shakedowns", which make it extremely difficult to respond to the Government's opposition without this enlargemnt of time being granted.

Petitioner submits that the Government will not be prejudiced by this enlargement of time as it will allow for the petitioner, who is pro se, to research and file an appropriate and legally correct response to traverse their opposition.

Wherefore, for all the above stated reasons, the petitioner respectfully requests that this Court grant and allow him a ninety (90) day enlargement of time to respond and traverse the Government's opposition to his § 2255 motion, thereby allowing him until October 30, 2007 to respond.

The above is true and correct to the best of my knowledge, belief and understanding. Signed this 30th day of July, 2007 under the pains and penalties of perjury.

Robert Ryan

Respectfully submitted.

CERTIFICATE OF SERVICE

I, Robert Ryan, petitioner, pro se, do hereby certify that I did cause to be served one true and correct copy of the foregoing: Petitioner's Motion For Enlargement Of Time, on the below named, by placing same in the hand of the U.S.P. Beaumont legal mail Officer on this 30th day of July, 2007, first class postage affixed.

Dulce Donavan
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

Robert Ryan
U.S.P. Beaumont
P.O. Box 26030
Beaumont, TX 77720-6030