**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JUDGMENT IN A CIVIL CASE**

**Robert Ryan**
**Plaintiff**

**V.** **Case Number: C.A. NO. 07-138S**

**United States of America**
**Defendant**

**Jury Verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

**Judgment shall enter for the Defendant, United States of America against the Plaintiff, Robert Ryan pursuant to the Court's Memorandum and Order dated March 21, 2008 denying Plaintiff's Motion to Vacate, Set Aside and/or Correct Sentence pursuant to 28 U.S.C. §2255.**

**BY ORDER:**

**March 21, 2008**
**Date**

**Deputy Clerk**