ROBERT RYAN, #03809-070 (Pro Se)
U.S. Penitentiary
P.O. Box 26030
Beaumont, TX 77720

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ROBERT RYAN,<br>Defendant. | **PETITION FOR CERTIFICATE OF APPEALABILITY PURSUANT TO 28 U.S.C. §2253(c)(1)(B)**<br><br>**Civil No. 1:07-cv-138-S** |

COMES NOW defendant/petitioner Robert Ryan, pro se, and hereby petitions this Court for a certificate of appealability pursuant to the provisions of 28 U.S.C. §2253(c)(1)(B). In support of his peitition, petitioner submits the following:

1. On May 23, 2005, petitioner pleaded guilty to a single count of bank robbery in violation of 18 U.S.C. §2113(a). This Court subsequently sentenced petitioner to 151 months inprisonment, pursuant to the career offender guidelines at U.S.S.G. §4B1.1.

2. Petitioner appealed to the Court of Appeals (See: Cr. No. 05-2581), and the Court of Appeals affirmed his conviction and sentence on May 15, 2006.

3. On April 17, 2007, Petitioner filed a Motion to Vacate,

Set Aside, or Correct Sentence, pursuant to the provisions of 28 U.S.C. §2255.

4. This Court denied petitioner's §2255 by Order enterred on March 21, 2008, which was received by petitioner on March 27, 2008.

5. Petitioner moves this Court or the Court of Appeals for leave to prepare and file a brief in support of his Petition for Certificate of Appealability, in order to establish his claims of the denial of constitutional rights.

WHEREFORE, petitioner prays for leave of the Court to grant him 90 days in order to prepare a brief in support of the petition herein.

RESPECTFULLY SUBMITTED this 31 day of April, 2008.

Robert Ryan

Robert Ryan