OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RECEIVED
MAY 27 2008
Property of U.S. District Court
District of Rhode Island

May 21, 2008

David DiMarzio , Clerk
United State District Court
for the District of Rhode Island
Two Exchange Terrace
Providence, RI 02903-1779

Re: DC# 07-cv-00138S Ryan v. US

Dear Mr. DiMarzio:

The clerk's office is in receipt of correspondence from Robert Ryan indicating that he believes that he has an appeal pending in the court of appeals. Please provisionally treat #11, Motion for Certificate of Appealability, as a notice of appeal, and certify the case to this court, without prejudice to the opposing party challenging the designation in the court of appeals, and, further without prejudice to the court of appeals later determining that the Motion for Certificate of Appealability is not properly construed as a notice of appeal.

Sincerely,

MAL for
Chief Deputy Clerk

cc: Robert Ryan
Reg. No. 03809-070
USP Beaumont
PO Box 26030
Beaumont, TX 77720

Dulce Donovan
US Attorney's Office
Fleet Center, 8th floor
50 Kennedy Plaza
Providence, RI 02903

file