UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
VS. ) CR No. 07-138S
)
SOUVANAH KEOSOUVANH )

# MEMORANDUM AND COMMITMENT ORDER

On May 22, 2008, this Court granted defendant's motion to determine whether there was reasonable cause to believe that the above-captioned defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him, and to assist properly in his defense. After due deliberation it is hereby;

## ORDERED

1. Pursuant to 18 U.S.C. §4247(b), the defendant is hereby ordered to be remanded to the custody of the Attorney General of the United State for placement in a suitable facility to perform a psychiatric or psychological examination to determine the competency of the defendant to understand the charges against him and to participate in his defense.

2. Pursuant to 18 U.S.C. §3161(h)(1)(A), the delay necessitated by the pendency of the defendant's competency examination shall not be included in calculating the time for filing of an Information or Indictment under the Speedy Trial Act.

By Order,

Deputy Clerk

ENTER:

William E. Smith, District Judge.

Date: 6/23/08